Greg J. Marshall (AZ Bar #019886)
Patricia Brum (*Pro Hac Vice* Pending)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Telephone:  602-382-6000
Facsimile:  602-382-6070
E-Mail:  gmarshall@swlaw.com
         pbrum@swlaw.com

*Attorneys for Defendant A3 Smart Home, LP*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Schmidt,<br><br>             Plaintiff,<br><br>    v.<br><br>A3 Smart Home, LP,<br><br>             Defendant. | No.  2:21-cv-01797-SPL<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT A3 SMART HOME, LP TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(*First Request*) |

Plaintiffs Nicole Schmidt ("Plaintiff") and Defendant A3 Smart Home, LP ("Smart Home") stipulate to an extension of time for Smart Home to file a response to Plaintiff's Complaint from Wednesday, December 1, 2021 through and including Monday, January 10, 2022. As good cause, the parties state that they have agreed to confer regarding the factual background and merits of Plaintiff's claims, including her putative class action allegations.

DATED this 24th day of November, 2021.

SNELL & WILMER L.L.P.

By: *s/Gregory J. Marshall*
    Gregory J. Marshall
    Snell & Wilmer L.L.P.
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    *Attorneys for A3 Smart Home, LP*

| | |
|---|---|
| 1 | SULAIMAN LAW GROUP, LTD. |
| 2 | By: *s/ Mohammed O. Badwan (with permission)* |
| 3 | Mohammed O. Badwan<br>2500 South Highland Avenue, Suite 200 |
| 4 | Lombard, Illinois 60148<br>*Attorneys for Plaintiff* |