# EXHIBIT 1

```
Greg J. Marshall (AZ Bar #019886)
Patricia Brum (Pro Hac Vice Pending)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Telephone:  602-382-6000
Facsimile:  602-382-6070
E-Mail:  gmarshall@swlaw.com
         pbrum@swlaw.com
```

*Attorneys for Defendant A3 Smart Home, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Schmidt,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A3 Smart Home, LP,<br><br>　　　　Defendant. | No. 2:21-cv-01797-SPL<br><br>**DEFENDANT A3 SMART HOME, LP'S CERTIFICATION OF CONFERRAL RE MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Pursuant to Local Rule 12.1(c) and the Court's October 26, 2021 Order (Dkt 3), Defendant A3 Smart Home, LP certifies that prior to moving to dismiss, undersigned counsel personally conferred with Plaintiff's counsel regarding deficiencies in the Complaint, but the parties disagree regarding whether the deficiencies have been cured or are capable of being cured.

DATED this 10th day of January, 2022.

                SNELL & WILMER L.L.P.

                By: *s/Gregory J. Marshall*
                    Gregory J. Marshall
                    Snell & Wilmer L.L.P.
                    One Arizona Center
                    400 E. Van Buren, Suite 1900
                    Phoenix, Arizona 85004-2202

                *Attorneys for A3 Smart Home, LP*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to CM/ECF Registrants on this 10th day of January, 2022

                */s/ Eileen Henry*