IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Schmidt,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>A3 Smart Home LP,<br><br>　　　　　　Defendant. | No.  CV-21-01797-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Telephonic Appearance (Doc. 23), in which she requests to appear by phone at the Rule 16 Case Management Conference currently scheduled for April 26, 2022.  The parties' joint report was due April 15, 2022. If after review of the joint report, the Court deems it necessary to hold a Case Management Conference, the Court will revisit Plaintiff's request and advise accordingly. Otherwise, the Court will vacate the Scheduling Conference and enter a Case Management Order.

**IT IS THEREFORE ORDERED** that the Motion for Telephonic Appearance (Doc. 23) is **denied**.

Dated this 18th day of April, 2022.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge